IN THE CIRCUIT COURT OF PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| Aamir Qureshi,<br>Ileana Qureshi, and<br>Naved Qureshi<br>1471 Northern Neck Drive<br>Vienna, Va. 22182<br><br>    Plaintiffs,<br><br>v.<br><br>Six Flags America LP<br>serve: CSC Lawyers Incorp. Svc. Co.,<br>Registered Agent<br>7 St. Paul Street<br>Baltimore, Md. 21202<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:  C-16-CV-24-002403<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

COMES NOW Plaintiffs Aamir Qureshi, Ileana Qureshi, and Naved Qureshi, by and through Counsel, and respectfully move this Honorable Court for judgment against Defendant Six Flags America LP [hereinafter "Six Flags"] on the grounds and in the amounts set forth herein:

### Parties

1. At the time of the events complained of herein, Plaintiff Aamir Qureshi was a member of the soon-to-be graduating senior class of George C. Marshall High School in Falls Church, Virginia.

2. Plaintiff Aamir Qureshi was, at the time of the incident complained of herein, a minor, under the age of 18; this plaintiff became eighteen years of age on September 25, 2021.

3. Plaintiffs Ileana Qureshi and Naved Quereshi are the mother and father of Plaintiff Aamir Qureshi, respectively.

Exhibit B

4.      At all times pertinent hereto, Defendant Six Flags was and is an entity duly established and authorized by the State of Maryland to do business, and was in fact doing business operating an amusement park known as Six Flags America, located in Upper Marlboro, Maryland.

5.      Defendant Six Flags holds itself out publicly as the Thrill Capital of D.C.

**Facts**

6.      On or about June 4th, 2021, Plaintiff Aamir Qureshi participated in a class trip from his high school in Falls Church, Virginia to the Defendant's Six Flags America amusement park.

7.      While on that school trip, at approximately 4-4:30 p.m., Plaintiff got on one of the rides in the Defendant's amusement park, known as the "Superman: Ride of Steel" roller coaster.

8.      The "Superman: Ride of Steel" roller coaster is a metal "hypercoaster" advertised by Defendant as "extreme" and "intense." It is designed to reach speeds of 73 miles per hour and features sharp turns and steep drops.



9.      This roller coaster utilizes a passenger restraint system that consists of a seatbelt and a lap bar; the coaster provides no upper body restraint.

10.     Plaintiff Aamir Qureshi rode the roller coaster in the last rear seat. He utilized the

safety restraints that were made available to him.

11. While Plaintiff was riding the roller coaster, he was violently jerked and thrown about in his seat. At some point in the ride the plaintiff's body was forcefully thrown about causing him to bang his face on the forward structure of the coaster car multiple times.

12. As a result, Plaintiff Aamir Qureshi suffered serious injuries to his face, right eye, and nose, including a closed orbital fracture of the right eye, and related soft tissue injuries, all as depicted in the following pictures:





13. Plaintiff Ileana Qureshi and Naved Qureshi incurred reasonable and necessary medical expenses related to the care and treatment of their minor son for the injuries sustained.

14. Plaintiff Aamir Qureshi inccurred reasonable and necessary medical expense related to his care and treatment after attaining the age of eighteen.

### Count I - Negligence Claim of Aamir Qureshi

15. Paragraphs 1-14 are incorporated herein as if restated in full.

16. At the time and place of the occurrence complained of herein, and at all times relevant thereto, Defendant owed a duty to Plaintiff Aamir Qureshi, as a customer and amusement park guest, to use reasonable care to provide facilities that were safe for the use of amusement park patrons.

17. The aforementioned duty included the obligation to exercise reasonable care to provide ride attractions that were safe, and that utilized any and all reasonably necessary restraint systems, safety padding, other injury avoidance systems, and to provide adequate warning of any risk of harm.

18. Plaintiff Aamir Qureshi's injuries, and the medical care related to treatment of the same, were the direct and proximate result of Defendant's negligence in that Defendant, in disregard of its duty failed exercise reasonable care to provide ride attractions that were reasonably safe, in that the roller coaster upon which the Plaintiff was injured subjected the Plaintiff to an unreasonable risk of injury, failed to have adequate restraint systems, and safety padding, and injury avoidance systems, and additionally, Defendant failed to provide adequate or any warning to amusement park patrons, the Plaintiff in particular, of the risks of injury related to riding the Superman roller coaster.

19. Plaintiff's injuries were the direct and proximate result of the sole negligence of the Defendant without any negligence on the part of the Plaintiffs, any of them, contributing thereto.

20. As a direct and proximate result of the negligence complained of herein, Plaintiff Aamir Qureshi sustained grievous injury to his body generally, and in particular to his head and face. He suffered a right orbital fracture and various severe related conditions requiring emergency treatment and subsequent medical treatment. This Plaintiff further suffered great pain of body and mind and incurred post-minority medical expenses. He has been unable to conduct his normal social, spiritual and recreational activities as before said event, all to his damage in the amount of $75,000.00.

### Count II - Negligence Claim of Ileana Qureshi and Naved Qureshi

21.  Paragraphs 1-20 are incorporated herein as if restated in full.

22.  As a direct and proximate result of the negligence complained of herein, Plaintiffs Ileana Qureshi and Naved Qureshi incurred medical expenses in the approximate amount of $7,500 for the reasonable and necessary medical treatment sustained by their minor child.

### Conclusion

WHEREFORE, the premises considered, Plaintiff Aamir Qureshi demands judgment against Defendant Six Flags America, LP in the amount of $75,000.00, plus interest, and costs, and such other and further relief as this Court may deem just and proper, and Plaintiffs Ileana Qureshi and Naved Qureshi demand judgment against Defendant Six Flags in the amount of $7,500.00, plus interest, and costs, and such other and further relief as this Court may deem just and proper.

Respectfully submitted,

*/s/ Joseph A. Blaszkow*

Joseph A. Blaszkow, CPF: 9212210001
Blaszkow Legal, PLLC.
5270 Shawnee Road, Suite 102
Alexandria, VA 22312
(703) 879-5910
Fax: (571) 335-4646
Email: jab@blaszkowlegal.com
*Counsel for Plaintiff*

## ATTORNEY'S CERTIFICATE

Pursuant to Maryland Rule of Procedure 1-313, I hereby certify that I am admitted to practice law in the State of Maryland.

_____
Joseph A. Blaszkow

## JURY DEMAND

Plaintiff requests a trial by jury on all issues herein presented.

_____
Joseph A. Blaszkow